# EXHIBIT B

**Judiciary eCourts System - Civil Part**

Home | Help | Logout

## CASE JACKET

User: MITCHELL ZIPKIN

# Docket Number: GLO L 000765 - 24

Back | Create Summary Report

**Case Caption:** Rogers Ikea Vs National Tenant Netw Ork, Inc.

| | | |
|---|---|---|
| **Court:** Civil Part | **Venue:** Gloucester | **Case Initiation Date:** 06/14/2024 |
| **Case Type:** Other | **Case Status:** Active | **Jury Demand:** 12 Jurors |
| **Case Track:** 1 | **Judge:** Benjamin D Morgan | **Team:** 102 |
| **# of Discovery Days:** 150 | **Age of Case:** 00 YR 06 MO | **Consolidated Case:** N |
| **Original Discovery End Date:** | **Current Discovery End Date:** | **# of DED Extensions:** 0 |
| **Original Arbitration Date:** | **Current Arbitration Date:** | **# of Arb Adjournments:** 0 |
| **Original Trial Date:** | **Current Trial Date:** | **# of Trial Date Adjournments:** 0 |
| **Disposition Date:** | **Case Disposition:** Open | **Statewide Lien:** |

Plaintiffs (1) | Defendants (2) | ACMS Documents (5) | Fees (2)

Ikea M Rogers    (Party No. 1)

## Case Actions

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 06/14/2024 | 📎 ✉ | Complaint with Jury Demand for GLO-L-000765-24 submitted by FRANCIS, JAMES ARTHUR, FRANCIS & MAILMAN, PC on behalf of IKEA M ROGERS against NATIONAL TENANT NETWORK, INC. | LCV20241504551 | 06/14/2024 |
| 06/15/2024 | 📎 ✉ | TRACK ASSIGNMENT Notice submitted by Case Management | LCV20241508348 | 06/15/2024 |
| 07/11/2024 | 📎 ✉ | AFFIDAVIT OF SERVICE submitted by FRANCIS, JAMES, ARTHUR of FRANCIS & MAILMAN, PC on behalf of IKEA M ROGERS against NATIONAL TENANT NETWORK, INC. | LCV20241726404 | 07/11/2024 |
| 11/30/2024 | 📎 ✉ | LACK OF PROSECUTION DISMISSAL WARNING Notice submitted by Case Management | LCV20243091667 | 11/30/2024 |
| 12/05/2024 | 📎 ✉ | AMENDED COMPLAINT submitted by FRANCIS, JAMES, ARTHUR of FRANCIS & MAILMAN, PC on behalf of IKEA M ROGERS against NATIONAL TENANT NETWORK, INC., LCIJ, INC. | LCV20243132907 | 12/05/2024 |

| Filed Date | Filings | Docket Text | Transaction ID | Entry Date |
|---|---|---|---|---|
| 12/06/2024 | 📎 ✉ | PROOF OF SERVICE submitted by FRANCIS, JAMES, ARTHUR of FRANCIS & MAILMAN, PC on behalf of IKEA M ROGERS against NATIONAL TENANT NETWORK, INC. | LCV20243149946 | 12/06/2024 |
| 01/07/2025 | 📎 ✉ | AFFIDAVIT OF SERVICE submitted by FRANCIS, JAMES, ARTHUR of FRANCIS & MAILMAN, PC on behalf of IKEA M ROGERS against NATIONAL TENANT NETWORK, INC., LCIJ, INC. | LCV202542419 | 01/07/2025 |

Showing 1 to 7 of 7 entries

Screen ID : ECCV3000    © Copyright NJ Judiciary 2016

BUILD: CIVILCaseJacket_2024.12.01.05