

**U.S. Department of Justice**

United States Attorney
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| ALINA HABBA<br>UNITED STATES ATTORNEY<br><br>*Margaret Ann Mahoney*<br>*Assistant United States Attorney* | *970 Broad Street, Suite 700*<br>*Newark, NJ 07102*<br>margaret.ann.mahoney@usdoj.gov | *main: (973) 645-2700*<br>*direct:(973) 645-2761* |

July 22, 2025

**Via ECF**

Honorable Leda D. Wettre, U.S.M.J.
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:  *Coleman v. USA*; Civ. No. 24-585 SDW-LDW

Dear Judge Wettre:

      This Office represents Defendant the United States Postal Services in the above matter. On May 30, 2025, the Court issued a Text Order rescheduling a status conference for **July 24, 2025, at 4:30 pm** and directing the parties to file a status letter with the court prior to the status conference. ECF No. 38.  I write to respectfully update the Court as to the current status of the matter.

      The parties are moving forward in a productive manner.  As your Honor is aware, over the last several months the complaint has been amended, and new parties have been added to the lawsuit.  The parties have filed crossclaims and answers. ECF Nos. 15- 18.  Currently, the parties are working together to schedule numerous depositions in this matter.  However, due to conflicting work and holiday schedules among all parties and witnesses, we have been unable to schedule the necessary depositions.  Fact Discovery is currently set to close on August 15, 2025. ECF No. 35.  The parties anticipate respectfully requesting an extension of Fact Discovery into October 2025 so that we may schedule the depositions while accommodating conflicting schedules.

      Thank you for considering this matter.

      Respectfully submitted,
      ALINA HABBA
      United States Attorney

      By:  *s/ Margaret Ann Mahoney*

                                    MARGARET ANN MAHONEY
                                    Assistant United States Attorney

Cc:    Attorneys of Record (via ECF)